IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE ELLIOTT | : | CIVIL ACTION |
| LARRY GLASS | : | |
| | : | |
| v. | : | |
| | : | |
| HAIBO PENG | : | NO.  14-4455 |

## ORDER

AND NOW, this *1st* day of ~~July,~~ *Aug.* 2014, upon consideration of plaintiff Jamie Elliott's

motion for leave to proceed *in forma pauperis* and his complaint it is ORDERED that:

1. Elliott's motion for leave to proceed *in forma pauperis* is GRANTED.

2. Any claims brought on behalf of Larry Glass are DISMISSED without prejudice.

3. The complaint is DISMISSED for the reasons stated in the Court's Memorandum.

The dismissal is without prejudice to Elliott pursing this matter in state court.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

ROBERT F. KELLY, J.